CYRUS F. WICKER and GRACE W. WICKER, his wife v. P. C. MAYS and MARIE MAYS, his wife.

37 So. (2nd) 840          Fall Term, 1948
November 23, 1948          Division B

Affirmed.

NOLAN GATES v. J. L. HILLMAN

37 So. (2nd) 840          Fall Term, 1948
November 30, 1948          Division A

Affirmed.

W. R. HAFEMAN and VIOLET N. HAFEMAN, his wife v. CHARLIE HEMPLE, a single man ALEN L. SKIPPER and COCONUT GROVE EXCHANGE BANK, a banking corporation.

         Fall Term, 1948
December 3, 1948          Division A

Affirmed.

C. K. CHARLES v. MARY W. WOOD, et al

38 So. (2nd) 138          Fall Term, 1948
December 7, 1948          Special Division B

Affirmed.

IRENE NEWSOME v. LESLIE NEWSOME

38 So. (2nd) 138          Fall Term, 1948
December 7, 1948          Special Division A

Affirmed.

ALMA BOYCE v. WILLIAM E. BOYCE

38 So. (2nd) 138          Fall Term, 1948
December 10, 1948          Special Division B
Rehearing denied January 10, 1949

Affirmed.

HOTEL HOLDING COMPANY v. JOE G. MYERS and RAY LENNON

38 So. (2nd) 138          Fall Term, 1948
December 14, 1948          Division B

Affirmed.